IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| OMAR MALIK | § | |
| v. | § | CIVIL ACTION NO. 6:12CV655 |
| CONOCOPHILLIPS COMPANY, *et al.* | § | |
| | § | |

<u>ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE</u>

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #31) recommends that the Motions to Dismiss be denied and that the alternative Motions for More Definite Statement (document #11, #13, #14, and #15) be granted and that Plaintiff be ordered to submit an amended complaint. An acknowledgment of receipt card was filed on July 15, 2013, revealing that Plaintiff received the Report and Recommendation on an unknown date. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motions to Dismiss (document #11, #13, #14, and #15) are **DENIED**, but the alternative Motions for More Definite Statement are **GRANTED**. It is further

**ORDERED** that Plaintiff shall have 30 days from receipt of this Order to submit an Amended Complaint addressing the deficiencies noted in the Report and Recommendation. Failure to timely comply with this Order may result in dismissal of the lawsuit.

**So ORDERED and SIGNED this 6th day of August, 2013.**



_____
 **LEONARD DAVIS**
 **UNITED STATES DISTRICT JUDGE**